JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY KHAI, | CV 16-3124 PA (JCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| COUNTY OF LOS ANGELES; COUNTY OF LOS ANGELES DEPARTMENT OF CHILDREN AND FAMILY SERVICES; DAWN FLEMING, individually, and in her official capacity; PATTY PEREZ, individually, and in her official capacity; REBECCA MATULIC, individually, and in her official capacity; MICHAEL WATROBSKI, individually, and in his official capacity, | |
| Defendants. | |

Pursuant to the Court's August 10, 2016 Minute Order granting the Anti-SLAPP Motion to Strike filed by defendants County of Los Angeles (the "County"), Los Angeles County Department of Children and Family Services ("DCFS"), Dawn Fleming, Patricia Perez Harris (erroneously sued as Patty Perez), Rebecca Matulic, and Michael Watrobski (Fleming, Harris, Matulic, and Watrobski will be collectively referred to as the "Individual Defendants") (the Individual Defendants, County, and DCFS will be collectively referred to as "Defendants"), the Court's September 20, 2016 Minute Order granting the Motion for

Judgment on the Pleadings filed by the Individual Defendants, the Court's September 27, 2016 Minute Order granting Defendants' Anti-SLAPP Motion for Attorneys' Fees, and the Court's October 13, 2016 Minute Order concluding that the County and DCFS are entitled to judgment on the pleadings, which have collectively stricken and dismissed all of the claims asserted by plaintiff Jerry Khai ("Plaintiff") against Defendants without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall pay to Defendants the amount of $23,565.00 in attorneys' fees.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: October 13, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE