JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JERRY KHAI, | CV 16-3124 PA (JCx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| COUNTY OF LOS ANGELES; COUNTY OF LOS ANGELES DEPARTMENT OF CHILDREN AND FAMILY SERVICES, | |
| Defendants. | |

Pursuant to the Court's February 4, 2019 Minute Order granting the Motion for Summary Judgment filed by defendants County of Los Angeles and County of Los Angeles Department of Children and Family Services (collectively the "County"), which granted summary judgment to the County on the claim asserted by plaintiff Jerry Khai ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the County shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claim is dismissed with prejudice.

. . . .

. . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that the County shall have its costs of suit.

DATED: February 7, 2019

                                                Percy Anderson
                                   UNITED STATES DISTRICT JUDGE